IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES M. BROADHEAD, ) | |
| AIS #224802, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-250-WHA |
| ) | |
| CAPT. JENKINS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #3), entered on April 15, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to pay the requisite fees upon initiation of the case.  Final Judgment will be entered accordingly.

DONE this 9th day of May, 2016.


  /s/   W. Harold Albritton
SENIOR UNITED STATES MAGISTRATE JUDGE